IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-02185-LTB-MJW

RMES COMMUNICATIONS, INC.,

Plaintiff(s),

v.

QWEST BUSINESS & GOVERNMENT SERVICES, INC., et al.,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that the Unopposed Motion to Vacate Scheduling/ Planning Conference, filed with the Court on January 23, 2006, (DN 23), is GRANTED. The scheduling conference set on February 8, 2006, at 9:30 a.m., is VACATED and RESET on March 16, 2006, at 9:30 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

It is FURTHER ORDERED that no later than 5 days prior to the Scheduling/ Planning Conference, counsel shall submit their proposed Scheduling Order (in PDF format) in compliance with the newly established ECF Filing Procedures.  An additional copy shall be provided to chambers by e-mail (in WordPerfect format and as an attachment to the email) with the subject line proposed "Scheduling Order" to: Watanabe_Chambers@cod.uscourts.gov.

Date:   January 25, 2006