IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 05-cv-02185-LTB-MJW

RMES COMMUNICATIONS, INC., a Colorado corporation,

      Plaintiff,

v.

QWEST BUSINESS & GOVERNMENT SERVICES, INC., a Colorado corporation,
PREMISYS SUPPORT GROUP, INC., a Colorado corporation,
OLIVER P. SALAZAR, an individual, in his personal capacity,
PAUL JOHNSON, an individual, in his personal capacity,
SHARON SEVY, an individual, in her personal capacity, and
STEVE KELLER, an individual, in his personal capacity,

      Defendants.

___

## MINUTE ORDER
___

BY ORDER OF JUDGE LEWIS T. BABCOCK

      The Motion to Withdraw (Doc 82 - filed February 1, 2008) is **GRANTED**. Jennifer C. Miner is allowed to withdraw as counsel for Defendants Qwest Business & Government Services, inc., Paul Johnson, Steve Keller, and Sharon Sevy herein. Defendants Qwest Business & Government Services, inc., Paul Johnson, Steve Keller, and Sharon Sevy will continue to be represented by B. Lawrence Theis, Steven J. Perfrement, and James N. Phillips of Holme Roberts & Owen LLP.

Dated: February 4, 2008
___