**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK**

Civil Case No. 05-cv-02185-LTB-MJW

RMES COMMUNICATIONS, INC., a Colorado Corporation,

    Plaintiff,

v.

QWEST BUSINESS GOVERNMENT SERVICES, INC., a Colorado corporation,
PREMISYS SUPPORT GROUP, INC., a Colorado corporation,
OLIVER P. SALAZAR, an individual, in his personal capacity,
PAUL JOHNSON, an individual, in his personal capacity,
SHARON SEVY, an individual, in her personal capacity, and
STEVE KELLER, an individual, in his personal capacity,

    Defendants.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Joint Motion to Dismiss With Prejudice All Claims of RMES Communications, Inc. Against Defendants Premisys Support Group, Inc., and Oliver P. Salazar (Doc 86 - filed March 6, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE against Defendants Premisys Support Group, Inc., and Oliver P. Salazar,** each party to pay their own fees and costs.

                                  BY THE COURT:

                                  s/Lewis T. Babcock
                                  Lewis T. Babcock, Judge

DATED: March 10, 2008