IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

Civil Case No. 05-cv-02185-LTB-MJW

RMES COMMUNICATIONS, INC., a Colorado Corporation,

    Plaintiff,

v.

QWEST BUSINESS GOVERNMENT SERVICES, INC., a Colorado corporation,
PREMISYS SUPPORT GROUP, INC., a Colorado corporation,
OLIVER P. SALAZAR, an individual, in his personal capacity,
PAUL JOHNSON, an individual, in his personal capacity,
SHARON SEVY, an individual, in her personal capacity, and
STEVE KELLER, an individual, in his personal capacity,

    Defendants.
_____

**ORDER OF ADMINISTRATIVE CLOSURE**
_____

THIS MATTER is before the Court for review and notes that on March 10, 2008, an Order (Doc 88) was issued dismissing two Defendants, Premisys Support Group, Inc. and Oliver P. Salazar. On May 1, 2006, this Court entered an Order compelling arbitration and staying the action (Doc 46). In the parties Joint Motion to Dismiss (Doc 86), Plaintiff indicated that this matter could be administratively closed. Accordingly

IT IS ORDERED that this case is deemed **ADMINISTRATIVELY CLOSED** subject to being reopened upon motion of any party for good cause shown. This matter need not be reopened for submission of final settlement documents.

                                        BY THE COURT:

                                          s/Lewis T. Babcock
                                          Lewis T. Babcock, Judge

DATED: March 20, 2008